IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| RISEN ENERGY CO., LTD., *et al*, | ) |
| | ) |
| Plaintiffs-Appellees, | ) |
| | ) |
| and | ) |
| | ) |
| TRINA SOLAR CO., LTD., *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2024-1524 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant-Appellant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, defendant-appellant, the United States, and plaintiff-appellees, Risen Energy Co., Ltd.; *et al*, stipulate to the dismissal of this appeal with prejudice, with each party to bear its own costs, expenses, and fees.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    PATRICIA M. MCCARTHY
    Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, Jr.
Assistant Director

/s/ Kelly M. Geddes
KELLY M. GEDDES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-2867
Email: Kelly.Geddes2@usdoj.gov

Attorneys for Defendant-Appellant


/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
J. Kevin Horgan
**deKieffer & Horgan, PLLC**
Suite 1101
1156 Fifteenth Street, N.W.  20005
Tel: (202) 783-6900
email:  gmenegaz@dhlaw.com

Counsel for Plaintiff-Appellee Risen Energy Co., Ltd.

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Sarah M. Wyss
Jill A. Cramer
Bryan P. Cenko
Yixin (Cleo) Li
Ronalda G. Smith
**Mowry & Grimson, PLLC**
5335 Wisconsin Ave, NW, Suite 810,
Washington, DC 20015
Tel: (202) 688-3610
Email: jsg@mowrygrimson.com

Counsel for Plaintiff-Appellees JingAo Solar Co., Ltd., Shanghai JA Solar Technology Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., Hefei JA Solar Technology Co., Ltd. and JA Solar (Xingtai) Co., Ltd.


/s/ Craig A. Lewis
Craig A. Lewis, Esq.

**HOGAN LOVELLS US LLP**
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel: +1.202.637.5600
E-mail: craig.lewis@hoganlovells.com

Counsel for Plaintiff-Appellee Shanghai BYD Co., Ltd.

July 8, 2024