NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RISEN ENERGY CO., LTD., JINGAO SOLAR CO., LTD., SHANGHAI JA SOLAR TECHNOLOGY CO., LTD., JA SOLAR TECHNOLOGY YANGZHOU CO, LTD., HEFEI JA SOLAR TECHNOLOGY CO., LTD., JA SOLAR (XINGTAI) CO., LTD., SHANGHAI BYD CO., LTD.,**
*Plaintiffs-Appellees*

**TRINA SOLAR CO., LTD., TRINA SOLAR (CHANGZHOU) SCIENCE & TECHNOLOGY CO., LTD., YANCHENG TRINA GUONENG PHOTOVOLTAIC TECHNOLOGY CO., LTD., CHANGZHOU TRINA SOLAR YABANG ENERGY CO., LTD.,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellant*

2024-1524

Appeal from the United States Court of International Trade in No. 1:20-cv-03912-JAR, 1:21-cv-00004-JAR, Senior Judge Jane A. Restani.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

July 9, 2024
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 9, 2024